

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA**, Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on October 5, 2020. *See* TEX. R. APP. P. 35.1(b). After the due date, court reporter Mary Beth Sasala notified this court that she received late payment for the record on October 9 and requested an extension of time to file the reporter's record until November 9, 2020.

The request is GRANTED. The reporter's record is due ten days from this order on November 9, 2020. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court